No. 00–8789. MACIAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8792. RIVERA-BECERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8814. PACHECO-ZEPEDA v. UNITED STATES (Reported below: 234 F. 3d 411); FRESNARES-TORRES v. UNITED STATES (235 F. 3d 481); ALVARADO v. UNITED STATES (4 Fed. Appx. 508); ALVARADO-GONGORA v. UNITED STATES (4 Fed. Appx. 485); AREVALOS-BARRIOS v. UNITED STATES (4 Fed. Appx. 503); BECERRA-SANDOVAL v. UNITED STATES (2 Fed. Appx. 721); BONILLA-GUZMAN v. UNITED STATES (4 Fed. Appx. 483); CURIEL-TORRES v. UNITED STATES (238 F. 3d 432); DABBAS v. UNITED STATES (4 Fed. Appx. 519); DIAZ v. UNITED STATES (243 F. 3d 550); ENCISO-ACEVES v. UNITED STATES (4 Fed. Appx. 449); ESPONDA-VENTURA v. UNITED STATES (246 F. 3d 677); FUERTES-RAMOS v. UNITED STATES (11 Fed. Appx. 713); GARCIA-CONTRERAS v. UNITED STATES (2 Fed. Appx. 755); GOMEZ-PINEDA v. UNITED STATES (4 Fed. Appx. 514); GOMEZ-VALDOVINOS v. UNITED STATES (246 F. 3d 677); HERNANDEZ-GOMARA v. UNITED STATES; HERRERA-HERRERA v. UNITED STATES; HERRERA-RAMIREZ v. UNITED STATES (2 Fed. Appx. 836); LOZANO-HERNANDEZ v. UNITED STATES (4 Fed. Appx. 450); MAGANA-URBANES v. UNITED STATES (2 Fed. Appx. 828); MARTINEZ-LOMELI v. UNITED STATES (2 Fed. Appx. 842); NARVAEZ v. UNITED STATES (4 Fed. Appx. 516); ORTEGA-RAMIREZ v. UNITED STATES (3 Fed. Appx. 648); PATINO-SALAZAR v. UNITED STATES (2 Fed. Appx. 748); RAMIREZ-VARGAS v. UNITED STATES (4 Fed. Appx. 482); ROBLES-FRIAS v. UNITED STATES (11 Fed. Appx. 713); ROBLES-MACIAS v. UNITED STATES (4 Fed. Appx. 510); SALDANA-MENDOZA v. UNITED STATES (2 Fed. Appx. 504); SANCHEZ-SANCHEZ v. UNITED STATES (4 Fed. Appx. 477); TORRES-CASTILLO v. UNITED STATES (2 Fed. Appx. 882); and TOVAR-TORRES v. UNITED STATES (2 Fed. Appx. 853). C. A. 9th Cir. Certiorari denied.

No. 00–8818. ROSE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–886. MANYBEADS ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Motion of Hopi Tribe for leave to file a brief as amicus curiae granted. Certiorari denied.